# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DALE BURCHELL, <br> Petitioner, <br> v. <br> A. HEDGPETH, Warden, <br> Respondent. | Case No. ED CV 09-0596 VBF (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 2-8-11

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE